IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ENRIQUE "KIKI" VIGIL,
Individually and as the Elected Sheriff of
Dona Ana County, State of New Mexico,

 Plaintiff,

vs.              Civ. No. 15-975 KG/SCY

BILLY GARRETT, Individually and as the
Chairman of the Board of County Commissioners,
Dona Ana County, State of New Mexico, and
WAYNE HANCOCK, Individually and as the
Vice-Chairman of the Board of County Commissioners,
Dona Ana County, State of New Mexico,

 Defendants.

FINAL ORDER OF DISMISSAL

 Having granted Defendants' Motion to Dismiss (Doc. 7) by a Memorandum Opinion and Order entered contemporaneously with this Final Order of Dismissal,

 IT IS ORDERED that

 1. Counts I, II, and III of the Complaint for Violation of Civil Rights Under Color of State Law (Complaint) (Doc. 1) are dismissed with prejudice;

 2. Count IV of the Complaint is dismissed without prejudice; and

 3. this lawsuit is terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE